1  CAROLEE G. KILDUFF, SB No. 107232
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendants,
   YOLO COUNTY, YOLO COUNTY DISTRICT
7  ATTORNEY'S OFFICE, JEFF REISIG, and
   PETE MARTIN
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTICT OF CALIFORNIA

| RANDY SKAGGS, | ) | Case No.: 2:09-cv-02284-WBS-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| vs. | ) | **EXTEND TIME TO APPEAR (SECOND** |
| | ) | **EXTENSION)** |
| YOLO COUNTY, YOLO COUNTY DISTRICT ATTORNEY'S OFFICE, JEFF REISIG, PETE MARTIN and DOES 1 through 50, Inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

   IT IS STIPULATED by and between the parties hereto through their respective counsel that Defendants YOLO COUNTY, YOLO COUNTY DISTRICT ATTORNEY'S OFFICE, JEFF REISIG, and PETE MARTIN may have two (2) additional weeks, to and including December 18, 2009, within which to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on file herein.

///

1   This is the second extension sought, as the parties are presently engaged in settlement
2   discussions, and it was necessary for counsel for Defendants to meet with the Board of
3   Supervisors at their meeting on December 8, 2009.  No further extension is anticipated.

4   Dated:  December 9, 2009                      ANGELO, KILDAY & KILDUFF

                                                  */s/ Carolee G. Kilduff*
6                                                 By:_____
                                                  CAROLEE G. KILDUFF
7                                                 Attorneys for Defendants
                                                  YOLO COUNTY, YOLO COUNTY
8                                                 DISTRICT ATTORNEY'S OFFICE,
9                                                 JEFF REISIG, and PETE MARTIN

11  Dated:  December 9, 2009                      MASTAGNI, HOLSTEDT, AMICK,
12                                                MILLER & JOHNSEN

13                                                */s/ Sean D. Howell*
14                                                By:_____
                                                  SEAN D. HOWELL
15                                                Attorneys for Plaintiff
                                                  RANDY SKAGGS

### ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants may have until December 18, 2009 to respond to Plaintiff's Complaint.

DATED:  December 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:09-cv-02284-WBS-DAD   Document 11   Filed 12/10/09   Page 3 of 3

-3-
STIPULATION TO EXTEND TIME TO APPEAR (SECOND EXTENSION); [PROPOSED] ORDER