1  CAROLEE G. KILDUFF, SB No. 107232
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5

6  Attorneys for Defendants,
   YOLO COUNTY, YOLO COUNTY DISTRICT
7  ATTORNEY'S OFFICE, JEFF REISIG, and
   PETE MARTIN
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTCT OF CALIFORNIA

| RANDY SKAGGS, | ) Case No.: 2:09-cv-02284-WBS-DAD |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT;** |
|  | ) **STIPULATION TO EXTEND TIME TO** |
|  | ) **APPEAR; [PROPOSED] ORDER** |
| YOLO COUNTY, YOLO COUNTY DISTRICT ATTORNEY'S OFFICE, JEFF REISIG, PETE MARTIN and DOES 1 through 50, Inclusive, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that the above-captioned matter has settled.

The parties have reached settlement and are presently in the process of taking necessary steps to effectuate the agreement, to adjust Plaintiff's retirement contribution.  It is anticipated a stipulated dismissal will follow.  Meanwhile the parties have stipulated that, with the Court's permission, Defendants YOLO COUNTY, YOLO COUNTY DISTRICT ATTORNEY'S OFFICE, JEFF REISIG, and PETE MARTIN may have an additional forty-five (45) days, to and including February 1, 2010, within which to answer, move to dismiss, or otherwise respond to

///

Plaintiff's Complaint on file herein.

Dated:  December 21, 2009         ANGELO, KILDAY & KILDUFF

                                          */s/ Carolee G. Kilduff*
                                  By:_____
                                     CAROLEE G. KILDUFF
                                     Attorneys for Defendants
                                     YOLO COUNTY, YOLO COUNTY
                                     DISTRICT ATTORNEY'S OFFICE,
                                     JEFF REISIG, and PETE MARTIN


Dated:  December 21, 2009         MASTAGNI, HOLSTEDT, AMICK,
                                  MILLER & JOHNSEN

                                          */s/ Sean D. Howell*
                                  By:_____
                                     SEAN D. HOWELL
                                     Attorneys for Plaintiff
                                     RANDY SKAGGS

### ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants may have until February 1, 2010 to respond to Plaintiff's Complaint.  The Scheduling Conference is continued to **March 8, 2010 at 2:00 p.m.**  A Joint Status Report shall be filed no later than February 22, 2010 if settlement has not been finalized.

DATED: December 20, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE