| | |
|---|---|
| 1 | CAROLEE G. KILDUFF, SB No. 107232 |
| 2 | **ANGELO, KILDAY & KILDUFF**<br>Attorneys at Law |
| 3 | 601 University Avenue, Suite 150<br>Sacramento, CA  95825 |
| 4 | Telephone:  (916) 564-6100 |
| 5 | Telecopier:  (916) 564-6263 |
| 6 | Attorneys for Defendants,<br>YOLO COUNTY, YOLO COUNTY DISTRICT |
| 7 | ATTORNEY'S OFFICE, JEFF REISIG, and<br>PETE MARTIN |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTICT OF CALIFORNIA**

| | | |
|---|---|---|
| RANDY SKAGGS | ) | Case No.: 2:09-cv-02284-WBS-DAD |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **NOTICE OF SETTLEMENT;** |
| vs. | ) | **STIPULATION TO EXTEND TIME TO** |
|  | ) | **APPEAR; [**~~PROPOSED~~**] ORDER** |
| YOLO COUNTY, YOLO COUNTY | ) |  |
| DISTRICT ATTORNEY'S OFFICE, JEFF | ) |  |
| REISIG, PETE MARTIN and DOES 1 through | ) |  |
| 50, Inclusive, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

   PLEASE TAKE NOTICE that the above-captioned matter has settled.

   The parties have reached settlement and are presently awaiting calculations from PERS related to Plaintiff's retirement contribution.  It is anticipated a stipulated dismissal will follow. Meanwhile the parties have stipulated that, with the Court's permission, Defendants YOLO COUNTY, YOLO COUNTY DISTRICT ATTORNEY'S OFFICE, JEFF REISIG, and PETE MARTIN may have an additional sixty (60) days, to and including April 2, 2010, within which

///

to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on file herein.

Dated: February 2, 2010  ANGELO, KILDAY & KILDUFF

By: /s/ Carolee G. Kilduff
_____
CAROLEE G. KILDUFF
Attorneys for Defendants
YOLO COUNTY, YOLO COUNTY
DISTRICT ATTORNEY'S OFFICE,
JEFF REISIG, and PETE MARTIN

Dated: February 2, 2010  MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

By: /s/ Sean D. Howell
_____
SEAN D. HOWELL
Attorneys for Plaintiff
RANDY SKAGGS

**ORDER**

GOOD CAUSE APPEARING THEREFOR, Defendants may have until April 2, 2010 to respond to Plaintiff's Complaint. The **Scheduling Conference** is continued from March 8, 2010 to **April 19, 2010 at 2:00 p.m.**

DATED: February 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE